IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF/RESPONDENT |
| V.        CASE NO. 5:13-CR-50042 | |
| JASON STALLCUP | DEFENDANT/MOVANT |

## ORDER

Currently before the Court is an Objection (Doc. 64) to the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 63) filed by Defendant/Petitioner Jason Stallcup. On December 14, 2020, counsel for Mr. Stallcup filed a Motion to Vacate Pursuant to 28 U.S.C. § 2255. (Doc. 59). The Government responded on January 11, 2021, (Doc. 61), and Mr. Stallcup filed a Reply on February 11, 2021. (Doc. 62). United States Magistrate Judge Mark R. Ford recommended denying Mr. Stallcup's Motion in an R&R dated March 26, 2021.

In response to Mr. Stallcup's objection to the R&R, the Court has undertaken a *de novo* review of the record. He states in his objection that he agrees that "Eighth Circuit precedent is currently against him" with respect to his argument that his robbery conviction should be vacated under § 2255. (Doc. 64, p. 3). However, he believes the Eighth Circuit's precedent is wrong and that he should have an opportunity "to seek reversal of existing unfavorable precedent." *Id.* at p. 4. His objection to the R&R is that the Magistrate Judge erred in recommending the denial of a certificate of appealability.

Now having considered the matter thoroughly, this Court agrees with the Magistrate Judge that there is no reasonable basis to issue a certificate of appealability in this case. Mr. Stallcup has failed to establish "that reasonable jurists could debate

1

whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotation marks omitted). As the R&R explained, the Eighth Circuit has twice rejected arguments that are nearly identical to those raised by Mr. Stallcup in his petition. He has therefore failed to make a substantial showing of the denial of a constitutional right, and the objection is **OVERRULED**. No certificate of appealability will be granted for the reasons set forth in the R&R.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 63) is **ADOPTED IN ITS ENTIRETY**. Mr. Stallcup's Motion to Vacate Pursuant to 28 U.S.C. § 2255 (Doc. 59) is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 12th day of April, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE